UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHANE FIORENTINO                                                                                    PLAINTIFF

v.                                          No. 5:23-cv-5012

HILLSBOROUGH COUNTY, FLORIDA;
THE SUPREME COURT OF FLORIDA;
THE STATE OF FLORIDA                                                                            DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 4) from United States Magistrate Judge Christy D. Comstock.  Plaintiff filed objections styled as a "Motion for Order" (Doc. 5).  Following preservice screening under 28 U.S.C. § 1915A, the Magistrate Judge recommends that Plaintiff's claim be dismissed under the *Rooker-Feldman* doctrine.  (Doc. 4, pp. 2–3).  The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected.  28 U.S.C. § 636(b)(1)(C).  Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error.  The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.  Plaintiff's request to "change [his] defendant to The Supreme Court of the United States of America" (Doc. 5, p. 1) is DENIED AS MOOT.  Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of February, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE